**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Matthew M. SILLS, Claimant—Appellant,**

and

**$11,500.00 in U.S. Currency, Defendant.**

No. 07–1077.

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2007.

Decided: July 24, 2007.

Matthew M. Sills, Appellant Pro Se. George Edward Bell Holding, United States Attorney; Neal Irving Fowler, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claimant Matthew M. Sills appeals the district court's order entering judgment against defendant currency in this forfeiture proceeding under 21 U.S.C. § 881(a)(6) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Sills*, No. 5:05–cv–00418–BR (E.D.N.C. Dec. 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*